UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| V. | § | CAUSE NO. 1:18-CR-0230-BAH |
| | § | |
| JAMES PIERCE | § | |

## MOTION TO TRAVEL

By this motion, James Pierce makes two requests to travel. First, he requests permission to travel to and stay overnight in a hotel in Houston, Texas from April 5th to 8th, of 2019, for his daughter's wedding. This first request is unopposed by the government and United States pretrial services. Second, Mr. Pierce asks for permission to travel from his home in Spring, Texas to Dallas, Texas on the dates of April 11th to the 14th, 2019 for his niece's wedding. This request is opposed by the government and pretrial services takes no position on it.

Under Mr. Pierce's current conditions, his curfew would prohibit him from staying overnight in hotels for either event. And his travel restrictions would prohibit him from attending the wedding in Dallas.

Regarding the Houston request, if permitted, Mr. Pierce would stay at the Hotel Zaza in Houston from April 5 to April 8, 2019, for his daughter's wedding, which is on Sunday, April 7, 2019. The plan is for Mr. Pierce to walk his daughter down the aisle and attend the rehearsal dinner and other events surrounding the

wedding, which will be located at or near the hotel. Mr. Pierce's home is in Spring, Texas, which is a suburban community approximately 40 miles north of Houston.

Regarding the trip to Dallas, Mr. Pierce's niece's wedding is the weekend following his daughter's. If permitted, Mr. Pierce would drive, with his wife and daughter, from his home in Spring, Texas to Dallas, which is approximately a three and a half hour drive. In Dallas, he would stay at a home that has been rented through the website Airbnb.com from April 11 to 14, 2019. The house is located at 8718 Autumn Oaks Dr., Dallas, TX 75243. At all times, Mr. Pierce will be accompanied on this trip by his wife Deirdre Collins and one of his daughters, Kara Kemp.

Therefore, Mr. Pierce requests permission to travel to Houston and Dallas for the weddings described above.

Respectfully submitted,

*/s/ Dan Cogdell*
Dan L. Cogdell
Texas Bar No. 04501500
J. Dennis Hester
Texas Bar No. 24065415
THE COGDELL LAW FIRM, PLLC
402 Main St., 4th Floor
Houston, Texas 77002
Office:       713-426-2244
Facsimile:   713-426-2255

*/s/ Barry Pollack*
Barry J. Pollack (DC Bar #434513)
Robbins, Russell, Englert, Orseck,
Untereiner & Sauber, LLP

1801 K Street, N.W.
Suite 411L
Washington, DC  20006
(202) 775-4514 phone
(202) 775-4510 fax
bpollack@robbinsrussell.com

## CERTIFICATE OF CONFERENCE

This motion has been discussed with both the attorney for the government and Mr. Pierce's pretrial services officer. Both the government and pretrial services are unopposed to the requested travel to Houston. The government is opposed to the requested travel to Dallas, and pretrial services takes no position on the requested travel to Dallas.

*/s/ Dan Cogdell*

## CERTIFICATE OF SERVICE

I filed this motion via the Electronic Filing System for the Court, which served electronic notice of filing upon all parties.

*/s/ Dan Cogdell*