### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | CRIMINAL NO. 18-CR-230 |
| v. | : | |
| | : | |
| JAMES PIERCE | : | |
| | : | |
| Defendant. | : | |

### STIPULATION

The United States of America, by and through counsel of record, and defendant JAMES

PIERCE, by and through his counsel of record, hereby stipulate that defendant JAMES PIERCE

is the individual identified as the defendant in the Indictment, and that the email accounts

jp@jpierceinvestments.com and james@jpierceinvestments.com belonged to the defendant.

IT IS SO STIPULATED.

Respectfully submitted,

ROBERT ZINK
Chief, Fraud Section

DATED: September 16, 2019

BLAKE GOEBEL
Trial Attorney

JUSTIN WEITZ
Assistant Chief

Attorneys for Plaintiff
UNITED STATES OF AMERICA

DATED: September 5, 2019

DAN COGDELL
Counsel for Defendant JAMES PIERCE

1