UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | CRIMINAL NO. 18-CR-230 |
| v. | : | |
| | : | |
| JAMES PIERCE | : | |
| | : | |
| Defendant. | : | |

## STIPULATION

The United States of America, by and through counsel of record, and defendant JAMES

PIERCE, by and through his counsel of record, hereby stipulate that:

1.      The e-mail described in Count Two of the Indictment employed a wire

communication that traveled in interstate or foreign commerce.  Specifically, this email was

transmitted by wire from a location outside the District of Columbia to a location in the District of

Columbia.

2.      The electronic communication described in Count Three of the Indictment

employed a wire communication that traveled in interstate or foreign commerce.  Specifically, this

bank transfer caused an electronic wire communication from a location in the District of Columbia

to a location outside the District of Columbia.

3.      This stipulation constitutes sufficient evidence that, as to Counts Two and Three,

the element requiring an interstate wire communication has been proved beyond a reasonable

doubt.

IT IS SO STIPULATED.

1

Respectfully submitted,

ROBERT ZINK
Chief, Fraud Section

DATED: September 16, 2019

BLAKE GOEBEL
Trial Attorney

JUSTIN WEITZ
Assistant Chief

Attorneys for Plaintiff
UNITED STATES OF AMERICA

DATED: September 13, 2019

DAN COGDELL
Counsel for Defendant JAMES PIERCE