## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | **CRIMINAL NO. 18-CR-230** |
| v. | : | |
| | : | |
| **JAMES PIERCE** | : | |
| | : | |
| Defendant. | : | |

## STIPULATION

The United States of America, by and through its counsel of record, and defendant James

Pierce, by and through his counsel of record, hereby stipulate that:

The following bank-account records are authentic under Federal Rule of Evidence 901 and

are records of a regularly conducted business activity subject to the hearsay exception of Federal

Rule of Evidence 803(6):

| Bank Account | Description of Records |
|---|---|
| Bank of America Accounts 1413, 1594 | JPierce Investments Account Records |
| JPMorgan Chase Accounts 6628, 0353, 3072 | JPierce Investments and James Pierce Account Records |
| Citibank Account 5018 | Mohammed Mohajer Account Records |
| Wells Fargo Account 3377 | Richard Sommerfeld Account Records |
| Wells Fargo Account 2558 | Coburn and Greenbaum Account Records |
| Citibank Accounts 1466, 7512 | Silverside Group Corp. Account Records |
| Total Bank Accounts 9106, 9320 | Silverside Group Corp. Account Records |
| Wells Fargo Account 5036 | Mercantil Financial Group Account Records |

1

The parties also agree and stipulate that the following records obtained from the Florida Department of State are authentic under Federal Rule of Evidence 902 and are public records subject to the hearsay exception of Federal Rule of Evidence 803(8):

| Description of Records | Bates Numbers |
| --- | --- |
| Florida Department of State - Mercantil Financial Group Records | DOJ-152731-152736 |
| Florida Department of State – JPierce Investments and Silverside Group Records | DOJ-150274-150285 |

The parties also agree and stipulate that the following records obtained from e-mail service providers are authentic under Federal Rule of Evidence 901:

| E-mail Account | Description of Records |
| --- | --- |
| cpcogroup@gmail.com | Mohammed Mohajer Gmail Account Records |
| manhattanlux@gmail.com | Henry Feld Gmail Account Records |
| avisalliancecapitalllc@gmail.com | Keaven Williams Gmail Account Records |

Finally, the parties agree and stipulate that the records that the government obtained from the defendant's cell phone pursuant to the search warrant issued on August 21, 2018 are authentic under Federal Rule of Evidence 901. These include records produced by the government to the defendant on September 20, 2018, November 7, 2018, and July 15, 2019 (including DOJ-152701 – 152730).

IT IS SO STIPULATED.

Respectfully submitted,

ROBERT ZINK
Chief, Fraud Section

DATED: September 16, 2019

BLAKE GOEBEL
Trial Attorney

JUSTIN WEITZ
Assistant Chief

Attorneys for Plaintiff
UNITED STATES OF AMERICA

DATED: September 13, 2019

DAN COGDELL
Attorney for Defendant JAMES PIERCE

3