UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| V. | § | CAUSE NO. 1:18-CR-0230-BAH |
| | § | |
| JAMES PIERCE | § | |

## MOTION TO WITHDRAW AND TO CONTINUE

The Defendant, James Pierce, no longer wishes to have the undersigned represent him. Accordingly, the undersigned counsel moves to withdraw and for a brief continuance to give Mr. Pierce the opportunity to retain counsel of his choice.

### I.

Pierce asks for a brief Continuance of approximately fourteen days to hire said counsel. Defendant has already begun interviewing potential counsel and believes he can conclude that process within the next fourteen days. The continuance will necessitate re-scheduling the trial and pretrial conference. Mr. Pierce asks the Court to set the matter in for a status conference in approximately fourteen days at which it is anticipated Mr. Pierce will be represented by new counsel.

### II.

The undersigned will fully cooperate with new counsel and will effectuate the transition of all Discovery, Attorney Work Product, Witness Outlines, etc.

1

Under the circumstances, the undersigned believes that it is the best interest of the Defendant and to the justice system to allow the Defendant to obtain new counsel given the current attorney-client relationship.

### III.

Accordingly the Defendant asks that his current counsel be allowed to withdraw and that at status conference be scheduled in approximately fourteen days to allow him to find suitable counsel of his choice to represent him and to reset the pretrial conference and conference upon consultation with new counsel.

Respectfully submitted,

SQUIRE PATTON BOGGS LLP

*/s/ Dan Cogdell*
**Dan L. Cogdell**
Texas Bar No. 04501500
6200 Chase Tower
600 Travis Street
Houston, Texas 77002
Telephone: (713) 546-3335
Facsimile: (713) 546-5830
dan.cogdell@squirepb.com

*/s/ Barry Pollack*
**Barry J. Pollack** (DC Bar #434513)
Robbins, Russell, Englert, Orseck,
Untereiner & Sauber, LLP
1801 K Street, N.W.
Suite 411L
Washington, DC  20006
(202) 775-4514 phone
(202) 775-4510 fax
bpollack@robbinsrussell.com

## CERTIFICATE OF SERVICE

I certify that on October 22, 2019, I filed this motion via the Electronic Filing System for the Court, which served electronic notice of filing upon all parties.

<i>/s/ Dan Cogdell</i><br>
Dan L. Cogdell